UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-23708-Civ-COOKE/GOODMAN

LUISA ELVIRA LAWRENCE,

    Plaintiff,

vs.

ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

THIS MATTER comes before me on United States Magistrate Judge Jonathan Goodman's Report and Recommendations on Plaintiff's Petition For Attorney's Fees ("Report") (ECF No. 31). The underlying Motion was referred to Judge Goodman on May 6, 2020. *See* ECF No. 30. In his Report, Judge Goodman recommends that the Court **GRANT** *in part* and **DENY** *in part* Plaintiff's Petition for Attorney's Fees (ECF No. 27) and award Plaintiff $6,581.96 in attorney's fees and $400 in costs, contingent upon a determination by the Government that Plaintiff owes no qualifying, preexisting debt(s) to the Government, for which sum let execution issue. No party has filed objections to the Report, and the time to do so has passed. After reviewing the Petition, the record, and the relevant legal authorities, I find Judge Goodman's Report clear, cogent, and compelling.

Accordingly, the Court **AFFIRMS and ADOPTS** Judge Goodman's Report and Recommendation (ECF No. 31) and **GRANTS** *in part* Plaintiff's Petition for Attorney's Fees (ECF No. 27). The Court **AWARDS** Plaintiff **$6,581.96 in attorney's fees** and **$400 in costs** (made payable directly to Plaintiff's counsel), contingent upon a determination by the Government that Plaintiff owes no qualifying, preexisting debt(s) to the Government, for which sum let execution issue.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 30th day of November 2020.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*